KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Erik A. Ortmann, Esq.
eortmann@kaufmandolowich.com

April 8, 2024

**VIA ECF**

Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Bricklayers Insurance And Welfare Fund et al v. Gravity Construction, Corp., et al.
              Docket No.: 1:23-cv-05572-BMC

Dear Judge Cogan:

      Our office represents Gravity Construction Corp. and Navdeep Singh (the "Gravity Defendants") in the above-referenced matter. On or about March 25, 2024, Plaintiffs moved this Court for summary judgment against the Gravity Defendants, J&N, UTB, Hudson Insurance Company, Zurich and QBE, (Doc. No. 68). Since then, Plaintiffs have settled with Defendants J&N, UTB, Hudson Insurance Co., Zurich and QBE (Doc. No. 70). Plaintiffs are still proceeding against the Gravity Defendants for interest, liquidated damages, audit costs and attorney's fees.

      Gravity is not in a position to dispute the audit; However, the Gravity Defendants respectfully submit that alleged amounts would have never remained unpaid had it not been for those parties that are wrongly withholding $11,000,000 from Gravity for project work, including labor costs, without any reasonable basis. The Gravity Defendants will bring those claims in accordance with the dispute resolution provisions in the operative contracts.

      Gravity reserves the right to challenge Plaintiffs' forthcoming application for attorneys' fees as it has been indicated that a separate application is forthcoming but not presently before the Court.

                                  Respectfully Submitted,
                                  KAUFMAN DOLOWICH LLP

                      By:    _____
                                  Erik A. Ortmann
                                  Seth J. Meyer

cc:    Counsel of Record *(via ECF)*