UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BRICKLAYERS INS. AND WELFARE FUND, et al.,

        Plaintiff,                            AMENDED JUDGMENT
v.                                          23-cv-5572 (BMC)

GRAVITY CONSTRUCTION CORP., et al.,

        Defendants.
------------------------------------------------------------ X

      An Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on May 23, 2024, granting summary judgment as against said defendant; directing the Clerk of Court to enter judgment as follows: Judgment in favor of plaintiffs against defendant Gravity Construction, Corp. in the amount of $53,928.73, plus costs, with post-judgment interest set at ten percent (10%) per annum; and an Order having been filed on June 28, 2024, granting in part and denying in part the motion for attorneys' fees and costs; and directing the Clerk of Court to enter an Amended Judgment providing that plaintiff shall have judgment against Gravity and Singh in the amount of $53,928.73, plus $29,797.25 in attorneys' fees and $1,644.51 in costs; it is

      ORDERED and ADJUDGED that summary judgment is granted against said defendant; that the motion for attorneys' fees and costs is granted in part, and denied in part; that judgment is hereby entered in favor of plaintiff against Gravity and Singh in the amount of $53,928.73, plus $29,797.25 in attorneys' fees and $1,644.51 in costs, with post-judgment interest set at ten percent (10%) per annum.

Dated: Brooklyn, NY                                          Brenna B. Mahoney
       July 1, 2024                                              Clerk of Court

                                                                By: */s/Jalitza Poveda*
                                                                      Deputy Clerk